IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL IZELL SEALS,<br><br>    Plaintiff,<br><br>  v.<br><br>OFFICER JOHN RUSSELL, et al.,<br><br>    Defendants. | No. C 04-01569 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>(Docket no. 113) |

Plaintiff has filed a document entitled "Motion Request for Extension of Time to Amend Complaint with Factual Documentation to Defendants' Motion for Summary Judgment in Opposition" (docket no. 113), which the Court construes as a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time to file his opposition to Defendants' Motion for Summary Judgment is GRANTED. The time in which Plaintiff may file his opposition will be extended up to and including **thirty (30) days** from the date of this Order.

If Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

This Order terminates Docket no. 113.

IT IS SO ORDERED.

DATED: 10/24/07

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.04\Seals1569.EOToppn.frm

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEALS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RUSSELL et al,<br><br>　　　　　Defendant. | Case Number: CV04-01569 SBA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Izell Seals V77488
California State Prison - San Quentin
San Quentin, CA 94974

Dated: October 26, 2007

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.04\Seals1569.EOToppn.frm2